UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KHALAIRE ALLAH, | |
|---|---|
| Plaintiff, | No. 23-CV-3286 (LAP) |
| -against- | ORDER |
| DAVID S. DINELLO, et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Plaintiff's letter request for a discovery calendar, (see dkt. no 58), as well as the letter response proposing a discovery calendar filed by Defendants David S. Dinello, Paula Bozer, Jacqueline Levitt, Brandi Lynn Corigliano, Michelle Belgard, Deborah Geer, Lara Osika-Michales, Rebecca Fears, and Valerie Monroe, (see dkt. no. 60.)  As stated on the record at the conference held before the Court on November 16, 2023, the parties shall exchange initial Rule 26 Disclosures by December 15, 2023, and shall conclude discovery by August 15, 2024.

    The Clerk of the Court shall close docket entries 58 and 60. The Clerk of the Court shall also docket this order in each of the following cases listed below and close the docket numbers listed below.

- Alston v. Mueller, 23-cv-3290: close docket numbers 32 and 35.

1

- <u>Bernard v. Dinello</u>, 23-cv-3323: close docket numbers 41 and 42.

- <u>Crichlow v. Dinello</u>, 23-cv-3386: close docket numbers 40 and 41.

- <u>Dunbar v. Hammer</u>, 23-cv-3391: close docket numbers 29 and 30.

- <u>Feder v. Dinello</u>, 23-cv-3392: close docket numbers 40 and 41.

- <u>Feola v. Mueller</u>, 23-cv-3393: close docket numbers 26 and 27.

- <u>Frateschi v. Hammer</u>, 23-cv-3394: close docket numbers 31 and 32.

- <u>Hale v. Mueller</u>, 23-cv-3396.

- <u>Jacks v. Mueller</u>, 23-cv-3288: close docket numbers 40 and 41.

- <u>Jacobs v. Mueller</u>, 23-cv-3606: close docket numbers 31 and 32.

- <u>Johnson v. Dinello</u>, 23-cv-3553: close docket numbers 36 and 37.

- <u>Locenitt v. Dinello</u>, 23-cv-3399: close docket numbers 70 and 71.

- <u>Madison v. Ruiz</u>, 23-cv-3438: close docket numbers 20 and 21.

- <u>Marcial v. Mueller</u>, 23-cv-3455: close docket numbers 36 and 37.

- <u>Miller v. Hammer</u>, 23-cv-3462: close docket numbers 26 and 27.

- <u>Oleman v. Hammer</u>, 23-cv-3607: close docket numbers 34 and 36.

- <u>Ortiz v. Dinello</u>, 23-cv-3547: close docket numbers 43 and 44.

- <u>Perez v. Dinello</u>, 23-cv-3300: close docket numbers 48 and 49.

- <u>Reyes v. Dinello</u>, 23-cv-3315: close docket numbers 26 and 27.

- <u>Rivera v. Mueller</u>, 23-cv-3579: close docket numbers 20 and 22.

- <u>Rivera v. Hammer</u>, 23-cv-3700: close docket numbers 34 and 35.

- <u>Rosado v. Mueller</u>, 23-cv-3718: close docket numbers 48 and 49.

- <u>Van Guilder v. Mueller</u>, 23-cv-3398: close docket numbers 33 and 34.

- <u>Wilkerson v. Hammer</u>, 23-cv-3397: close docket numbers 43 and 44.

- <u>Williams v. Dinello</u>, 23-cv-3608: close docket numbers 40 and 41.

**SO ORDERED.**

Dated:   November 17, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge