# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

August 18, 2025

<u>VIA ECF</u>

Re:   Extension – Allen I, Group 2 & 3

<u>Batista-Cruz v. Hammer</u>, 23-cv-3315           <u>Crichlow v. Dinello</u>, 23-cv-3386
<u>Hale v. Mueller</u>, 23-cv-3396                      <u>VanGuilder v. Mueller</u>, 23-cv-3398
<u>Locenitt v. Dinello</u>, 23-cv-3399                 <u>Oleman v. Hammer</u>, 23-cv-3607

Dear Judge Preska:

I write on behalf of Plaintiffs to respectfully request an additional two weeks to submit opposition papers for the below cases. As the Court may be aware, we have recently added new counsel to our roster, so I imagine the ability of Plaintiffs' counsel to get our papers in will improve dramatically. I have been working more than diligently but when combined with motions in other districts and our other cases/trials, I am admittedly running behind. Defendants' counsel in the below cases have graciously consented to the extension.

We are adding Mr. Crichlow's case from Group 1 to this batch. As I communicated earlier, Mr. Crichlow has been quite ill. I was finally able to speak with him and plot a path forward. The time was necessary as there was some risk that Mr. Crichlow would end up *pro se* which would have benefited no one – especially him. Mr. Crichlow suffers from some mental health issues, but we have worked with him for several years, mostly wrapping up cases for him that he filed *pro se* while in custody. It is very important and beneficial to all that Mr. Crichlow remains represented.

Accordingly, we request that the Court grant an extension of deadlines to the below dates:

**Tranche I, Groups 2 & 3**

1) <u>Locenitt v. Corigliano</u>, et al., 23-cv-3399;

2) <u>Oleman v. Hammer</u>, et al., 23-cv-3607;

3) <u>Batista-Cruz v. Bentivegna</u>, et al., 23-cv-3315;

4) <u>VanGuilder v. Karandy</u>, 23-cv-3398;

5) <u>Hale v. Smith</u>, 23-cv-3396

6) <u>Crichlow v. Dinello</u>, 23-cv-3386

**Opposition Papers:**   **September 2, 2025**

**Reply Papers:**   **October 20, 2025**

As always, we thank the Court for its continuing courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
Plaintiffs' extension request is GRANTED.  The Clerk
of the Court shall docket this order in each of the
six above-captioned actions and close the open docket
numbers corresponding with Plaintiffs' letter request
for an extension in each action.

SO ORDERED.

Dated: August 19, 2025
                                  _____
                                  LORETTA A. PRESKA, U.S.D.J.
```