# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

September 2, 2025

**VIA ECF**

Re:   Extension – Allen I, Group 2 & 3

| | |
|---|---|
| Batista-Cruz v. Hammer, 23-cv-3315 | Crichlow v. Dinello, 23-cv-3386 |
| Hale v. Mueller, 23-cv-3396 | VanGuilder v. Mueller, 23-cv-3398 |
| Locenitt v. Dinello, 23-cv-3399 | Oleman v. Hammer, 23-cv-3607 |

Dear Judge Preska:

I write on behalf of Plaintiffs to respectfully request an additional few days to submit opposition papers for the below cases. Defendants' counsel in the below cases have graciously consented to the extension and, in kind, request the same extension for replies.

Accordingly, we request that the Court grant an extension of deadlines to the below dates:

**Tranche I, Groups 2 & 3**

1) Locenitt v. Corigliano, et al., 23-cv-3399;

2) Oleman v. Hammer, et al., 23-cv-3607;

3) Batista-Cruz v. Bentivegna, et al., 23-cv-3315;

4) VanGuilder v. Karandy, 23-cv-3398;

5)  Hale v. Smith, 23-cv-3396

6) Crichlow v. Dinello, 23-cv-3386

**Opposition Papers:**     September 8, 2025

**Reply Papers:**     October 27, 2025

As always, we thank the Court for its continuing courtesy and, we promise, this will end someday…..soon….we all hope…..mostly me.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
Plaintiffs' request for extensions of the
deadlines to file opposition and reply
papers in the six above-captioned cases is
GRANTED.  The Clerk of the Court shall
docket this order in each of the six
above-captioned cases and close the open
docket numbers that correspond with
Plaintiffs' letter request.

SO ORDERED.
```

Dated: September 3, 2025

_____
LORETTA A. PRESKA, U.S.D.J.