# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

September 7, 2025

**VIA ECF**

Re:   Extension – Allen I, Group 2 & 3

Batista-Cruz v. Hammer, 23-cv-3315
Hale v. Mueller, 23-cv-3396
Locenitt v. Dinello, 23-cv-3399

Crichlow v. Dinello, 23-cv-3386
VanGuilder v. Mueller, 23-cv-3398
Oleman v. Hammer, 23-cv-3607

Dear Judge Preska:

I write on behalf of Plaintiffs to respectfully request an additional few days to submit opposition papers for the above cases. We had hoped to have them filed today, but I have been too distracted with a trial commencing tomorrow to finalize the documents. My staff will begin uploading documents this week. Defendants' counsel in the below cases have graciously consented to the extension and, in kind, request the same extension for replies.

Accordingly, we request that the Court grant an extension of deadlines to the below dates:

**Tranche I, Groups 2 & 3**

1) Locenitt v. Corigliano, et al., 23-cv-3399;

2) Oleman v. Hammer, et al., 23-cv-3607;

3) Batista-Cruz v. Bentivegna, et al., 23-cv-3315;

4) VanGuilder v. Karandy, 23-cv-3398;

5)  Hale v. Smith, 23-cv-3396

6) Crichlow v. Dinello, 23-cv-3386

---

**Opposition Papers:**	September 22, 2025

**Reply Papers:**	November 7, 2025

As always, we thank the Court for its continuing courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
Plaintiffs' request for an extension of the
deadline to submit opposition papers and
reply papers is GRANTED.  The Clerk of the
Court shall docket this order in each of the
six above-captioned cases and close the open
docket numbers that correspond with
Plaintiffs' letter request.

SO ORDERED.

Dated: September 8, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.