# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

September 22, 2025

**VIA ECF**

Re:   Extension – Allen I, Group 2 & 3

| | |
|---|---|
| Batista-Cruz v. Hammer, 23-cv-3315 | Crichlow v. Dinello, 23-cv-3386 |
| Hale v. Mueller, 23-cv-3396 | VanGuilder v. Mueller, 23-cv-3398 |
| Locenitt v. Dinello, 23-cv-3399 | Oleman v. Hammer, 23-cv-3607 |

Dear Judge Preska:

I write on behalf of Plaintiffs to respectfully request an additional few days to submit opposition papers for the above cases. Our office filed supporting declarations today, but we will not be able to finalize the papers until next week. My youngest son is receiving his Naval Officer Commission this week and I am traveling to his base for the ceremony with my family. Defendants' counsel have graciously consented to the extensions. (I did low-key manipulate them by sending a picture of him in his dress whites...I'm a desperate mom.)

Accordingly, we request that the Court grant an extension of deadlines to the below dates:

*The extensions are granted*

**Tranche I, Groups 2 & 3**

1) Locenitt v. Corigliano, et al., 23-cv-3399;
2) Oleman v. Hammer, et al., 23-cv-3607;
3) Batista-Cruz v. Bentivegna, et al., 23-cv-3315;
4) VanGuilder v. Karandy, 23-cv-3398;
5) Hale v. Smith, 23-cv-3396

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/23/25

6) <u>Crichlow v. Dinello</u>, 23-cv-3386

**Opposition Papers:**     October 3, 2025

**Reply Papers:**     November 21, 2025

As always, we thank the Court for its continuing courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*